NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

AMGEN INC., AMGEN MANUFACTURING, LIMITED,
*Plaintiffs-Appellants*

v.

SANDOZ INC., SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH,
*Defendant-Appellee*

---

2015-1499

---

Appeal from the United States District Court for the Northern District of California in No. 3:14-cv-04741-RS, Judge Richard Seeborg.

---

ON MOTION

---

ORDER

Appellants move without opposition to expedite the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

    The motion is granted. Appellants' opening brief is due no later than April 3, 2015. Appellee's brief is due no later than April 21, 2015. Appellants' reply brief is due no later than April 28, 2015. The joint appendix is due no later than April 30, 2015. Oral argument will be scheduled by subsequent order.

                                                     FOR THE COURT

                                                  /s/ Daniel E. O'Toole
                                                  Daniel E. O'Toole
                                                  Clerk of Court

s26