**RECEIVED**

JAN -8 2016

United States Court of Appeals
For The Federal Circuit

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

December 29, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

Re: Sandoz Inc.
v. Amgen Inc., et al.
Application No. 15A672
(Your No. 2015-1499)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on December 29, 2015, extended the time to and including February 16, 2016.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by  *[signature]*

Michael Duggan
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Ms. Deanne E. Maynard
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC 20006


Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
12/30/2015
US POSTAGE $000.48⁵

FIRST-CLASS MAIL
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20548
041M11120021

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place NW
Room 401
Washington, DC 20439